UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota, | File No. 22-cv-513 (ECT/DJF) |
| Plaintiff and Counterclaim Defendant, | **ORDER OF DISMISSAL** |
| v. | |
| GS Labs, LLC, | |
| Defendant and Counterclaim Plaintiff. | |

---

Based on the Stipulation of Dismissal with Prejudice filed by Plaintiff and Counterclaim Defendant BCBSM, Inc. and Defendant and Counterclaim Plaintiff GS Labs, LLC, ECF No. 130, **IT IS ORDERED** that the action is **DISMISSED** with prejudice, without costs, disbursements, or attorneys' fees to any party.

Date: August 22, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court